Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
EMAIL: jeremyb@jlohman.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER,<br><br>  Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>  Defendants. | Case No: 5:19-cv-1161-EJD<br><br>*ELECTRONICALLY FILED* |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Dean Beaver ("Plaintiff"), and Defendant USAA Federal Savings Bank, ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ David M. Krueger (with permission)*<br>David M. Krueger<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114<br>Tel: (216) 363-4500<br>dkreuger@beneschlaw.com<br>*COUNSEL FOR DEFENDANT* | */s/ Jeremy E. Branch*<br>Jeremy E. Branch<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>T: 866-329-9217 ext. 1009<br>F: 657-246-1312<br>E: JeremyB@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of January 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

David M. Krueger
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Tel: (216) 363-4500
dkreuger@beneschlaw.com
*COUNSEL FOR DEFENDANT*

      */s/ Jeremy Branch*
      Jeremy Branch
      The Law Offices of Jeffrey Lohman, P.C.
      4740 Green River Road, Suite 310,
      Corona, CA 92880
      Tel. (866) 329-9217 ext. 1009
      Fax: (657) 246-1312
      EMAIL: jeremyb@jlohman.com
      Attorney for Plaintiff